# UNITED STATES DISTRICT COURT

for the

Western District of Oklahoma

FILED

OCT 23 2026

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST OKLA
BY ndo, DEPUTY

Yulonda Chrystal (Mother) Individual and as Representative of the Estate of Dominique E'Shonte Crystal

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

The GEO Group INC, Steven Harp Director, Jim Farris Warden,Chief of Security/Correctional Officers

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. CIV-26-3038-SLP
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | | | |
|---|---|---|---|
| Name | Yulonda Chrystal | | |
| Address | 10300 Harvest Moon Avenue | | |
| | Oklahoma | Ok | 73162 |
| | *City* | *State* | *Zip Code* |
| County | Oklahoma | | |
| Telephone Number | 572-363-1033 | | |
| E-Mail Address | yulondachrystal71@gmail.com | | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | | | |
|---|---|---|---|
| Name | The GEO Group INC | | |
| Job or Title *(if known)* | Owner | | |
| Address | 4955 Technology Way | | |
| | Boca | Fl | 33431 |
| | *City* | *State* | *Zip Code* |
| County | | | |
| Telephone Number | 561-893-0101 | | |
| E-Mail Address *(if known)* | | | |

☑ Individual capacity ☐ Official capacity

Defendant No. 2

| | | | |
|---|---|---|---|
| Name | Steven Harp | | |
| Job or Title *(if known)* | Director | | |
| Address | 4345 North Lincoln Blvd. | | |
| | Oklahoma | Ok | 73105 |
| | *City* | *State* | *Zip Code* |
| County | | | |
| Telephone Number | 405-425-2500 | | |
| E-Mail Address *(if known)* | | | |

☑ Individual capacity ☐ Official capacity

Defendant No. 3

Name: Jim Farris

Job or Title *(if known)*: Warden

Address: 4345 North Lincoln Blvd.

| City | State | Zip Code |
|---|---|---|
| Oklahoma | Ok | 73105 |

County:

Telephone Number: 405-425-2500

E-Mail Address *(if known)*:

☑ Individual capacity ☐ Official capacity

Defendant No. 4

Name: Chief of Security for Lawton Correctional facility

Job or Title *(if known)*: Chief Of Security/Correctional Officer/Population Security

Address:

| City | State | Zip Code |
|---|---|---|
| | | |

County:

Telephone Number:

E-Mail Address *(if known)*:

☑ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
Eighth Amendment Failure To Protect Wrongful Death

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
The GEO Group INC failed to train there correctional Officers and to uphold there obligation to protect Oklahoma Offenders. Director Steven Harp failed to supervise and to make sure Lawton Correctional Facility was upholding there duties and obligation to the contract they had with the Oklahoma Department of Correction to protect and provide aduquate care for Oklahoma Offenders. Warden Jim Farris/Lawton Correctional Correctional Officers failed to protect and secure the Decendent.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
Lawton Correctional Facility

B. What date and approximate time did the events giving rise to your claim(s) occur?
October 24th 2024

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
Decendent Dominique E'Shonte Crystal was classified and placed in protective custody (PC) status at Lawton Correctional Facility. PC status means staff had actual knowledge that he faced a substantial risk of serious harm from other inmates and required heightened protection. Protective custody inmates must be housed separately,monitored closely, and protected from general population and known enemies. on or about October 24th 2024 while housed in protective custody, Decendent Dominique E'Shonte Crystal was stabbed 17 times by another inmate and killed inside the facility. Defendants knew of the risk and were deliberately indifferent in that they: a. Failed to provide adequate staffing to observe the PC unit; b. Failed to maintain separation andn secure locks on PC cells/doors; d. Failed to intervene during a prolonged attack; e. Failed to respond to Decedent's Dominique E'Shonte Crystal prior requests for protection; f. Failed to provide timely emergency medical aid; g. Failed to have policies and training to protect PC inmates. As a direct and proximate result, Decendent Dominique E'Shonte Crystal endured conscious pain and suffering and died.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Deceased (murdered) no medical treatment.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Wrongful Death 25,000,000
Compensatory damages 8,000,000
Punitive Damages 8,000,000
and all other relief the Court deems just and proper;

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10.22.2026

Signature of Plaintiff: Yulonda Chrystal

Printed Name of Plaintiff: Yulonda Chrystal

### B. For Attorneys

Date of signing: 10.22.2026

Signature of Attorney: Pro Se

Printed Name of Attorney:

Bar Number:

Name of Law Firm:

Address:

City / State / Zip Code

Telephone Number: 572-363-1033

E-mail Address: YulondaChrystal71@gmail.com

Print | Save As... | Add Attachment | Reset